# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT STRANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-20-1107-J |
| | ) |
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, has brought this action under 42 U.S.C. § 1983, alleging various violations of his constitutional rights. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. On February 8, 2021, Judge Erwin issued a Report and Recommendation recommending that upon preliminary review of Plaintiff's claims, Plaintiff's Complaint be dismissed without prejudice. [Doc. No. 11]. Plaintiff was advised of his right to object to the Report and Recommendation by February 25, 2021. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 11] and DISMISSES Plaintiff's Complaint without prejudice.

IT IS SO ORDERED this 8th day of March, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE